Joseph Sette and Another, Respondents, v. Fourth Avenue Court. Inc.,

Appellant.— Order affirmed,. with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.